ney, Los Angeles, CA, for Appellee Deutsche Bank National Trust Company

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

MEMORANDUM **

Satish Shetty appeals pro se from the district court's order affirming the bankruptcy court's order dismissing claims against appellees in Shetty's adversary proceeding. We review de novo our own jurisdiction and whether a bankruptcy court's decision is final. *Silver Sage Partners, Ltd. v. City of Desert Hot Springs (In re City of Desert Hot Springs)*, 339 F.3d 782, 787 (9th Cir. 2003). We dismiss.

This court lacks jurisdiction over this appeal because "the bankruptcy court's order did not dispose of all of the issues in the adversary proceeding" or "direct entry of judgment under Fed. R. Civ. P. 54(b) which applies to adversary proceedings in bankruptcy by virtue of Bankruptcy Rule 7054." *Walther v. King City Transit Mix, Inc. (In re King City Transit Mix, Inc.)*, 738 F.2d 1065, 1066-67 (9th Cir. 1984) (appellate jurisdiction in bankruptcy extends only to matters appealable to the district court as of right).

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

IN RE: Adina I. ZAHARESCU, Debtor.

**Satish Shetty, Appellant,**

v.

**LSI Title Company, Appellee.**

**No. 14-55403**

United States Court of Appeals, Ninth Circuit.

Submitted August 9, 2017 *

Filed August 24, 2017

Satish Shetty, Pro Se

Annette Franchelly Mijanovic, Attorney, S. Christian Stouder, Attorney, Haight Brown & Bonesteel, LLP, Los Angeles, CA, for Appellee

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges

MEMORANDUM **

Satish Shetty appeals pro se from the district court's order affirming the bankruptcy court's order dismissing claims against appellee in Shetty's adversary proceeding. We review de novo our own jurisdiction and whether a bankruptcy court's decision is final. *Silver Sage Partners, Ltd. v. City of Desert Hot Springs (In re City of Desert Hot Springs)*, 339 F.3d 782, 787 (9th Cir. 2003). We dismiss.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

This court lacks jurisdiction over this appeal because "the bankruptcy court's order did not dispose of all of the issues in the adversary proceeding" or "direct entry of judgment under Fed. R. Civ. P. 54(b) which applies to adversary proceedings in bankruptcy by virtue of Bankruptcy Rule 7054." *Walther v. King City Transit Mix, Inc. (In re King City Transit Mix, Inc.)*, 738 F.2d 1065, 1066-67 (9th Cir. 1984) (appellate jurisdiction in bankruptcy extends only to matters appealable to the district court as of right).

Appellee's motion to take judicial notice (Docket Entry No. 12) is denied as unnecessary.

**DISMISSED.**

**Satish SHETTY, Plaintiff-Appellant,**

**v.**

**SELENE FINANCE LP, a Delaware Limited Partnership; et al., Defendants-Appellees.**

**No. 14-55790**

United States Court of Appeals, Ninth Circuit.

Submitted August 9, 2017 *

Filed August 24, 2017

Satish Shetty, Pro Se

James J. Ramos, Gwen Heather Ribar, Esquire, Attorney, Jonathan M. Zak, Wright, Finlay & Zak, LLP, Newport Beach, CA, for Defendants-Appellees Selene Finance, LP, DLJ Mortgage Capital, Inc., Mortgage Electronic Registration Systems, Inc., Select Portfolio Servicing, Inc., U.S. Bank, Credit Suisse First Boston Mortgage Securities, Corp., Credit Suisse Group Securities (USA) LLC, Donna Brammer

Melissa Robbins Coutts, Esquire, Attorney, Matthew B. Learned, Esquire, Attorney, McCarthy & Holthus LLP, San Diego, CA, for Defendant-Appellee Quality Loan Service Corporation

Kevin Broersma, Attorney, Los Angeles, CA, for Defendant-Appellee Chicago Title Insurance Company

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

MEMORANDUM **

Satish Shetty appeals pro se from the district court's judgment dismissing his action alleging federal and state law claims relating to a mortgage loan on real property transferred to him by the borrower. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), and we may affirm on an basis supported by the record. *Thompson v. Paul*, 547 F.3d 1055, 1058-59 (9th Cir. 2008). We affirm.

Dismissal of Shetty's action was proper because Shetty failed to allege facts suffi-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.